FILED
CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>           Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>           Respondents. | NO. CV 08-554-DDP(E)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that Judgment be entered dismissing the Petition without prejudice.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by United States mail on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 4-24-08 , 2008.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br>et al.,<br><br>    Respondents. | NO. CV 08-554-DDP (E)<br><br>REPORT AND RECOMMENDATION OF<br><br>UNITED STATES MAGISTRATE JUDGE |

This Report and Recommendation is submitted to the Honorable Dean D. Pregerson, United States District Judge, pursuant to 28 U.S.C. section 636 and General Order 05-07 of the United States District Court for the Central District of California.

**PROCEEDINGS**

Petitioner filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 By a Person in Federal Custody" on May 3, 2006, in the United States District Court for the Eastern District of California.

On December 14, 2007, the United States District Court for the Eastern District of California transferred the action to this Court.

It appeared to the Court that the Petition challenged the Federal Bureau of Prison's decision to transfer Petitioner from the United States Penitentiary at Lompoc, California to the Federal Correctional Institution at Victorville, California, and did not challenge the legality or duration of Petitioner's confinement. See Crawford v. Bell, 599 F.2d 890, 891 (9th Cir. 1979) ("According to traditional interpretation, the writ of habeas corpus is limited to attacks upon the legality or duration of confinement."); accord, Badea v. Cox, 931 F.2d 573, 574 (9th Cir. 1991). Therefore, on January 31, 2008, the Court issued a Minute Order ordering Petitioner to show cause why the Petition should not be dismissed ("Order to Show Cause"). The Court expressly advised Petitioner that failure to file a timely response to the Order to Show Cause could result in dismissal of the action without prejudice.

As of the date of this Report and Recommendation, Petitioner has not filed any response to the Order to Show Cause.

**DISCUSSION**

The Court has inherent power to achieve the orderly and expeditious disposition of cases by dismissing actions for failure to prosecute and for failure to obey Court orders. Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642-43 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003). Despite having

1  been warned of the consequence of failure to respond to the Order to
2  Show Cause, Petitioner has failed to file any response thereto.  The
3  action should be dismissed without prejudice.
4
5                              **RECOMMENDATION**
6
7       For all the foregoing reasons, IT IS RECOMMENDED that the Court
8  issue an Order: (1) approving and adopting this Report and
9  Recommendation; and (2) directing that Judgment be entered dismissing
10 the action without prejudice.
11
12          DATED:  March 13, 2008.
13
14
15                          _____/S/_____
                              CHARLES F. EICK
16                       UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Reports and Recommendations are not appealable to the Court of Appeals, but may be subject to the right of any party to file objections as provided in the Local Rules Governing the Duties of Magistrate Judges and review by the District Judge whose initials appear in the docket number. No notice of appeal pursuant to the Federal Rules of Appellate Procedure should be filed until entry of the judgment of the District Court.